```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                   THE MIDDLE DISTRICT OF ALABAMA
                          NORTHERN DIVISION
```

| | |
|---|---|
| **IN RE THE MATTER OF:** ) | |
| ) | **CHAPTER 13** |
| ) | |
| **Martenia Blackburn** ) | |
| ) | |
| ) | **CASE** 09-31076 |
| Debtor(s). ) | |

**Objection to Claim 1 of CitiFinancial Auto Corporation**

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

COME NOW the Debtors, by and through attorney, and hereby files objections to the above referenced proofs of claim, Objection to Claim **Objection to Claim 1 of CitiFinancial Auto** , and as grounds for said Objection will state as follows:

1. On, to wit, the 23rd day of April, 2009, the Debtor filed a chapter 13 case, listing Citifinancial Auto as a secured creditor, secured by a 2004 Chevrolet Malibu that the Debtor purchased October 22, 2004, for the sum of $18,209.80, to be paid at the rate of $478.30 over a period of six years, with the first payment being due on November 21, 2004, and payable monthly over the next 6 years. The note was payable at the rate of 23.90% per annum.

2. The creditor filed a proof of claim on the 28th day of April, 2009, stating that the Debtor was delinquent in her payments to Citifinancial in the sum of $1313.20 and that she owed a balance of $14,869.87.

3. At the time of the filing of the Bankruptcy Petition, the Debtor should have paid to the creditor 53 payments out of 72 payments. If the Debtor financed the sum of $18,209.80, as stated in the contract, with payments at the rate of $478.30, as stated in the contract, at 23.9% interest, the balance owing on the date of the bankruptcy would have been, $7,837.27 plus the arrearage claim of $1,313.20, or a total amount owing of $9150.47.

3. The Debtor believes that the creditor has filed a proof of claim for the balance of the payments due on the loan and more and not the amount of the debt at the time of the filing of the bankruptcy action.

WHEREFORE, the premises considered, the Debtors object to claim of Objection to Objection to Claim of Citifinancial Auto and request that said claim be reduced to the amount of $9,150.47.

DONE this day: May 5, 2010.

/s/Richard D. Shinbaum
Richard D. Shinbaum
Attorney for the Debtor

Of Counsel:

Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: May 5, 2010.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

CitiFinancial Auto Corporation
P.O. Box 182287
Columbus, OH 43218

                                                  /s/ Richard D. Shinbaum
                                                  Richard D. Shinbaum